THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SAMUEL KIRSCH, Appellant.

*Appeal — failure to file return.*

People v. *Kirsh*, 187 App. Div. 881, appeal dismissed.
(Submitted June 6, 1921; decided June 10, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1919, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of violating section 2460 of the Penal Law.

The motion was made upon the ground of failure to file the required return.

*Edward Swann, District Attorney*, for motion.
No one opposed.

Motion granted and appeal dismissed.